Johnny Giles Jr Plaintiff v. Legacy A.T.&T. Defendants CIVIL ACTION FILE No.1:10-cv-2503-TCB

In The United States District Court For The Northern District of Georgia Atlanta Division

| Johnny Giles Jr | Civil Action File No.1:10-cv-2503-TCB |
|---|---|
| Plaintiff | FILED IN CLERK'S OFFICE U.S.D.C. - Atlanta |
| | OCT 08 2021 |
| -vs- | KEVIN P. WEIMER, Clerk By: Deputy Clerk |
| Legacy A. T. &T .,et al Defendants 1:10-cv-2503-TCB and Bellsouth Telecommunications , Inc. 13-10145 Filed Oct 3rd,2013 | |
| Defendants | |

## AFFIDAVIT
Motion For Reconsideration

I, Mr. Johnny Giles Jr, of Grayson, in Gwinnett, Georgia, MAKE OATH AND SAY THAT:

1. Johnny Giles Jr. AGE 68 Received notice Civil Action Judge Timothy Batten Sr Disqualified Due to failure to recuse 8 years ago and I'm making a Motion for reconsideration by another Honorable Judge to allow my case to go forward to a jury trial.

2. 1.Age discrimination 2.Whistle-Blower3.Hostile Work Environment4.RICO. 5. Received Notification from the USA District Court For The Northern District Of Georgia Civil Action File No.1:10-cv-2503-TCB,Judge Timothy C. Batten Sr , Disqualified do to Failure to recuse before presiding over this case also Case Docket 13-10145.

3. Advisory Opinion 71 From The Judicial Conference Code of Conduct Committee provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case: Civil Action File No 1:10-cv-2503-TCB.

4. Never received whistle-Blower protection from a fair and impartial EEOC investigation at the Time after 1+ Years from Investigator Chong! just presented me with a right-to-Sue Letter after failure to perform his duties! as well the A.T.&T. Attorney Robert E Thomas never complied

Page 1 of 2

with any of my interrogatories, the judge over-looked them all! Also while in telephone conference with Judge Batten , violated his Oath of being Fair & impartial by giving instructions to my Defendants Attorney Robert E. Thomas Jr ,on how to get my case thrown out!

5. I had added another case that had been filed separately via Stearling Williams Case No.1:2011-cv-03898 and I alerted the court which was also ignored which had triggered The Amended RICO addition on my allegations as well which was ignored by judge Timothy Batten Sr as well if you review paperwork that was provided by me filing Pro Se at the time.

STATE OF GEORGIA

COUNTY OF GWINNETT

SUBSCRIBED AND SWORN TO BEFORE ME, on the 8th day of October, 2021

Signature ·
NOTARY PUBLIC
My Commission expires:
8·10·25

(Signature)

Mr. Johnny Giles Jr

Copyright 2002-2021, LegalContracts.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHNNY GILES, JR, <br><br> Plaintiff, <br><br> v. <br><br> LEGACY A.T.&T., et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> No. 1:10-cv-2503-TCB |

## NOTICE TO ALL PARTIES

All parties to the above-styled case are hereby informed that it recently has been brought to the attention of the Honorable Timothy C. Batten, Sr., that while he presided over this case he owned stock in J.P. Morgan Chase. His ownership of this stock neither affected nor impacted his decisions in this case. However, his stock ownership would have required recusal under the Code of Conduct for United States Judges, and the parties therefore are notified of the conflict.

Advisory Opinion 71 from the Judicial Conference Codes of Conduct Committee provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The

parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplates disqualification after a court of appeals oral argument, the committee explained that "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

Any motions or other filings in response to this notice should be filed within 30 days of the date this notice is docketed and will be considered by another judge of this Court without the participation of Judge Batten.

                /s/Kevin P. Weimer
                Kevin P. Weimer
                Clerk of Court

Johnny Giles Jr
1880 Nicholas Lane SW
Grayson, GA 30017

***************     ATTENTION     ***************

ttorney Registration for Electronic Case Filing (ECF)

lectronic Filing became mandatory for all attorneys effective July 15,
005. If you are a bar member in good standing with the Northern District of
eorgia or an attorney admitted pro hac vice, visit our website at
ttp://www.gand.uscourts.gov for information on obtaining ECF access.